

CT Corporation
Service of Process Notification
12/19/2022
CT Log Number 542875445

## Service of Process Transmittal Summary

**TO:** Lupe Rangel
Accident Fund Insurance Company Of America
200 N GRAND AVE
LANSING, MI 48933-1228

**RE:** **Process Served in Louisiana**

**FOR:** United Wisconsin Insurance Company  (Domestic State: WI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MYESHA COLLIER vs. TDN LOGISTICS, LLC |
| **CASE #:** | C72653924 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Baton Rouge, LA |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 12/19/2022 |
| **JURISDICTION SERVED:** | Louisiana |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Lupe Rangel  lupe.rangel@afgroup.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816
866-331-2303
CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Exhibit A

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125



7021 2720 0001 5249 4859

FIRST CLASS



US POSTAGE — PITNEY BOWES

ZIP 70802
02 4W     $ 004.81⁰
0000382768 DEC 16 2022





70816#4378 C070

SS104 (R 06/18)

# State of Louisiana
## Secretary of State

12/16/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

UNITED WISCONSIN INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA  70816

Suit No.: 726539
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

MYESHA OLLIER
vs
TDN LOGISTICS, LLC; ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  J. SHOWS

Date: 12/15/2022
Title: DEPUTY SHERIFF

No: 1265779



TG

**SERVICE COPY**



D10409878

# CITATION

**MYESHA COLLIER**
(Plaintiff)

NUMBER C-726539 "24"

VS

**19TH JUDICIAL DISTRICT COURT**

**TDN LOGISTICS, LLC ET AL**
(Defendant)

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

SERVED ON
R. KYLE ARDOIN

DEC 15 2022

SECRETARY OF STATE
COMMERCIAL DIVISION

TO:   UNITED WISCONSIN INSURANCE COMPANY
      THROUGH ITS REGISTERED AGENT
      LOUISIANA SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **DECEMBER 12, 2022.**



*Ayauna Collins*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: UNGLESBY, LANCE C**
*The following documents are attached:

**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

**RECEIVED**

DEC 13 2022

E B R SHERIFF'S OFFICE

CITATION-2000

EAST BATON ROUGE PARISH   C-726539
Filed Dec 08, 2022 8:41 AM      24
Deputy Clerk of Court
E-File Received Dec 07, 2022 3:30 PM

19th **JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO. _____                                          DIVISION: ___

**MYESHA COLLIER**

**VERSUS**

**TDN LOGISTICS, LLC; UNITED WISCONSIN INSURANCE COMPANY;
AND JON D. HERNANDEZ**

FILED: _____                    _____
                                                                                    DEPUTY CLERK

---

**PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, MYESHA COLLIER, a person of the full age of majority and domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully represents the following:

1.

This litigation arises out of damages and personal injuries sustained by Petitioner, MYESHA COLLIER (hereafter, "Petitioner"), as a result of a motor vehicle accident that occurred in Denham Springs (Parish of Livingston), Louisiana on December 16, 2021.

2.

Made Defendants herein are:

(1) **TDN LOGISTICS, LLC**, a foreign company authorized to do and doing business within the State of Louisiana. TDN Logistics, LLC is domiciled in Texas, and maintains its domicile and business address at 3002 San Andres St., Mission, Texas 78572. At all material times herein, TDN Logistics, LLC was the owner of the 2017 Kenworth tractor-truck and trailer involved in the subject accident and was the employer of Defendant John D. Hernandez;

(2) **UNITED WISCONSIN INSURANCE COMPANY,** a foreign insurance company authorized to do and doing business within the State of Louisiana. At all material times relevant hereto, Defendants TDN Logistics, LLC and John D. Hernandez had in full force and effect a policy of liability insurance issued by United Wisconsin Insurance Company, bearing policy number UWPGA2174-03, which provides liability insurance coverage for the injuries and damages sustained by Petitioner;

(3) **JON D. HERNANDEZ**, a person of the full age of majority and who is domiciled in the State of Texas. At all material times herein, John D. Hernandez was operating the 2017 Kenworth tractor-truck and trailer involved in the subject accident while in the course and scope of his employment for TDN Logistics, LLC at the time the subject accident occurred.

1


Certified True and Correct Copy
CertID: 2022121200323

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
12/12/2022 10:40 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

3.

Venue is proper in the Parish of East Baton Rouge, State of Louisiana, pursuant to Louisiana Civil Code of Procedure Article 42(7), because Defendant United Wisconsin Insurance Company is a foreign or alien insurer.

4.

On or about December 16, 2021, at approximately 12:00 p.m., Petitioner MYESHA COLLIER was lawfully operating her 2021 Hyundai Elantra vehicle driving northbound on LA Highway 3002 in Denham Springs, Louisiana when suddenly and without warning, a 2017 Kenworth tractor-truck and trailer being operated by Defendant JON HERNANDEZ and owned by Defendant TDN LOGISTICS, INC struck/crashed into the passenger side of MYESHA COLLIER'S vehicle.

5.

As a result of the subject accident described above, MYESHA COLLIER suffered and continues to suffer numerous injuries and damages to her person and property.

6.

Petitioner MYESHA COLLIER alleges, upon information and belief, that the subject accident and resulting injuries and damages sued upon herein were proximately and legally caused by the negligent acts and/or omissions of Defendant JON D. HERNANDEZ, which include but are not limited to the following:

A. Failing to maintain a proper lookout;

B. Failing to take any steps to avoid the impending collision;

C. Failing to act as a reasonable and prudent person would under the same or similar circumstances;

D. Failing to be attentive to his surroundings;

E. Failing to use due care in the operation of his motor vehicle;

F. Failing to see what he should have seen;

G. Failing to avoid an avoidable crash

H. Operating a motor vehicle too fast under the circumstances;

I. Operating a motor vehicle in such a way as to completely disregard the safety and property rights of others;

J. Failure to maintain control of his vehicle;

K. Failing, generally, to exercise a degree of care commensurate with the existing circumstances at the time of the subject accident; and

2


Certified True and Correct Copy
CertID: 2022121200323

Ayauna Collins
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
12/12/2022 10:40 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

    L.    Violating Louisiana Civil Code Article 2315 *et seq.* and any other negligent acts and/or omissions which were in contravention of the exercise of due care, prudence and the laws of the State of Louisiana, which may be shown at the trial of this matter.

7.

Upon information and belief, at the time of the subject accident, Defendant JON D. HERNANDEZ was an employee of Defendant TDN LOGISTICS, LLC, and was acting in the course and scope of his employment for TDN LOGISTICS, LLC while driving the 2017 Kenworth tractor-truck and trailer with the consent and permission of his employer, TDN LOGISTICS, LLC, as the time of the subject accident.

8.

Petitioner MYESHA COLLIER alleges that Defendant TDN LOGISTICS, LLC is liable to Petitioner for the above mentioned negligent acts and/or omissions committed by JON D. HERNANDEZ in causing the subject accident, and that Defendant TDN LOGISTICS, LLC is liable to and responsible for compensating Petitioner for any and all damages and injuries sustained as a result of the subject accident under the theory of vicarious liability and/or *respondeat superior* pursuant to Louisiana Civil Code Article 2320 and Article 2317.

9.

Petitioner MYESHA COLLIER alleges, upon information and belief, that the subject accident and her resulting injuries and damages sued upon herein were also proximately and legally caused by the negligent acts and/or omissions of Defendant TDN LOGISTICS, LLC, which include but are not limited to the following:

    A.    Negligent hiring;

    B.    Negligent entrustment of a motor-vehicle to JON D. HERNANDEZ;

    C.    Failing to provide proper driver training;

    D.    Failing to employ safe and competent drivers;

    E.    Failing to properly train and supervise its employees;

    F.    Failing to have a proper safety or accident provision program;

    G.    Failing to provide reasonable testing, training or professional driving instructions;

    H.    Imputed negligence for the negligent acts and/or omissions of its employees, including JON D. HERNANDEZ, under the theory of vicarious liability and/or *respondeat superior* pursuant to Louisiana Civil Code Article 2320 and Article 2317; and



Certified True and Correct Copy
CertID: 2022121200323

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
12/12/2022 10:40 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

I. Violating Louisiana Civil Code Article 2315 *et seq.* and any other negligent acts and/or omissions which were in contravention of the exercise of due care, prudence and the laws of the State of Louisiana, which may be shown at the trial of this matter.

10.

Petitioner MYESHA COLLIER alleges that the subject accident and her resulting damages and injuries sustained and described herein were caused by the sole fault and negligence of Defendant TDN LOGISTICS, LLC and/or its employee, Defendant JON D. HERNANDEZ, for whom Defendant TDN LOGISTICS, LLC is responsible for.

11.

Petitioner MYESHA COLLIER avers that she exercised reasonable care at all times material herein and was not negligent or at fault in any way in causing the subject accident and/or resulting damages and injuries.

12.

Upon information and belief, Petitioner MYESHA COLLIER alleges that at the time of the subject accident, Defendant UNITED WISCONSIN INSURANCE COMPANY was the liability insurance carrier for Defendant TDN LOGISTICS, LLC and/or its employees, namely JON D. HERNANDEZ, and provided liability insurance coverage for the 2017 Kenworth tractor-truck and trailer that was being operated by Defendant JON D. HERNANDEZ and owned by Defendant TDN LOGISTICS, LLC at the time of the subject accident.

13.

Upon information and belief, Petitioner MYESHA COLLIER further alleges that at the time of the subject accident, there was in full force and effect a liability insurance policy and/or excess liability insurance policy issued by Defendant UNITED WISCONSIN INSURANCE COMPANY and bearing policy number UWPGA2174-03, which provides liability insurance coverage to Defendant TDN LOGISTICS, LLC and its employees, namely JON D. HERNANDEZ, for and against any and all damages caused by the negligent acts and/or omissions of Defendant TDN LOGISTICS, LLC and its employees, namely JON D. HERNANDEZ, and therefore Defendant UNITED WISCONSIN INSURANCE COMPANY is liable unto Petitioner for all damages and/or injuries sustained by Petitioner as a result of the negligent acts and/or omissions of Defendants TDN LOGISTICS, LLC and JON D. HERNANDEZ.




Certified True and Correct Copy
CertID: 2022121200323

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
12/12/2022 10:40 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

14.

As a result of Petitioner MYESHA COLLIER's injuries and the negligent acts and/or omissions of Defendants TDN LOGISTICS, LLC and JON D. HERNANDEZ, Petitioner has suffered and will continue to suffer the following non-exclusive damages:

(1) Past, present, and future mental pain, anguish, and suffering;

(2) Past, present, and future physical pain and suffering;

(3) Past, present, and future loss of enjoyment of life;

(4) Past, present, and future medical expenses;

(5) Past, present, and future physical disability and impairment;

(6) Past, present and future loss of wages;

(7) Impairment of earning capacity;

(8) Property damages; and

(9) Any other damages to be proven at the trial of this matter.

15.

The negligent acts and/or omissions committed by Defendants TDN LOGISTICS, LLC and JON D. HERNANDEZ, and which are described herein, were the direct and proximate cause of Petitioner's injuries, and therefore the Defendants named herein are liable to Petitioner pursuant to Louisiana Civil Code Articles 2315 *et seq*; 2317 *et seq*; and 2320.

16.

Petitioner avers that Defendants TDN LOGISTICS, LLC, UNITED WISCONSIN INSURANCE COMPANY, and JON D. HERNANDEZ are each indebted and liable unto Petitioner jointly, severally, and/or *in solido* for all damages and injuries sued upon herein.

17.

Petitioner requests that this matter be tried by a jury on all issues.

**WHEREFORE,** Petitioner MYESHA COLLIER prays that Defendants TDN LOGISTICS, LLC, UNITED WISCONSIN INSURANCE COMPANY, and JON D. HERNANDEZ be served with this Petition for Damages; that said Defendants be cited to appear and answer same; that a jury trial be had on all issues; and after due proceedings be had, that judgment be entered in favor of Petitioner and against all Defendants jointly, severally, and/or *in solido*, in a sum sufficient to compensate Petitioner for the following:

(1)     Past, present, and future mental pain, anguish, and suffering;

5

Ayauna Collins
East Baton Rouge Parish
Deputy Clerk Of Court

Certified True and Correct Copy
CertID: 2022121200323

Generated Date:
12/12/2022 10:40 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

(2) Past, present, and future physical pain and suffering;

(3) Past, present, and future loss of enjoyment of life;

(4) Past, present, and future medical expenses;

(5) Past, present, and future physical disability and impairment;

(6) Past, present and future loss of wages;

(7) Impairment of earning capacity;

(8) Property damages;

(9) All litigation expenses and costs allowable by law;

(10) Reasonable attorney fees; and

(11) All other forms of relief provided by law or equity together with legal interest from the date of judicial demand until paid.

Respectfully submitted,



**UNGLESBY LAW FIRM**
Lance C. Unglesby (#29690)
Lewis O. Unglesby (#12498)
Adrian M. Simm, Jr. (#36673)
Jamie F. Gontarek (#37136)
Ashley M. Fisher (#39722)
246 Napoleon Street
Baton Rouge, LA 70802
Phone: (225) 387-0120
Facsimile: (225) 335-4355
Lance@unglesbylaw.com
Lisa@unglesbylaw.com
Adrian@unglesbylaw.com
Jamie@unglesbylaw.com
Ashley@unglesbylaw.com

**PLEASE SERVE:**

**TDN LOGISTICS, LLC**
*Via the Louisiana Long Arm Statute on its Registered Agent for Service of Process:*
United States Corporation Agents, Inc.
9900 Spectrum Dr.
Austin, Texas 78717

**UNITED WISCONSIN INSURANCE COMPANY**
*Through its Appointed Agent for Service of Process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**JON D. HERNANDEZ**
*Via the Louisiana Long Arm Statute:*
Jon D. Hernandez
904 S. Casa Road
Pharr, Texas 78577

6



East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
12/12/2022 10:40 AM



Certified True and
Correct Copy
CertID: 2022121200323

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).